IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                            Case No. 1:18-cr-10011

ALBERT SNOW                                                                                                  DEFENDANT

**ORDER**

On November 27, 2018, the Court held a hearing and imposed the following additional conditions of the defendant's supervised release:

**Additional Standard Condition No. 19**: Except for work purposes, the defendant shall have no access to the internet or any device capable of accessing the internet, including a computer and/or cell phone, without obtaining prior permission of the probation officer. In the instance that the probation officer authorizes the defendant to use a computer or other electronic device, all devices shall be subject to search and seizure and shall have monitoring software and/or hardware installed. Monitoring service shall be paid for and maintained by the defendant.

**Additional Standard Condition No. 20**: The defendant is prohibited from possessing, subscribing to, or viewing any type of pornographic material.

**Additional Standard Condition No. 21**: The defendant shall submit to all reasonable searches of person, place of employment, residence, vehicle, and personal property, including any computers or other electronic or data storage devices or media, upon reasonable suspicion of a violation of supervised release. Failure to submit to search may be grounds for revocation.

All mandatory and special conditions previously imposed remain in effect.

**IT IS SO ORDERED**, this 29th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge