IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 1:18-cr-10011

ALBERT SNOW                                                                                    DEFENDANT

## ORDER

Before the Court is Defendant Albert Snow's Motion for Early Termination of Supervised Release.  ECF No. 17.

On April 17, 2009, a jury in the United States District Court for the Eastern District of Arkansas found Defendant guilty of Attempted Enticement of a Minor for Sexual Activity, in violation of 18 U.S.C. § 2422(b).[1]  ECF No. 1-1.  On August 6, 2008, the Honorable William Roy Wilson sentenced Defendant to one hundred twenty (120) months imprisonment followed by ten (10) years of supervised release.  *Id*.  Defendant's term of supervised release commenced on June 2, 2017.  Jurisdiction over this case transferred to this Court on October 29, 2018.  ECF No. 1.

In the instant motion, Defendant seeks to have the Court end his current term of supervised release.  Defendant cites his total adherence to the terms and conditions of his release, his consistent employment, and the completion of over half of his term of release as justifications for terminating his supervised release.

The Government responded in opposition to Defendant's request to terminate his supervised release.  ECF No. 18.  The Government argues that the nature of Defendant's offense and its underlying impact on minors should preclude any early termination of Defendant's term of supervised release.  The United States Probation Office ("USPO") also shared its assessment of

---

[1] Prior to transfer to the Western District of Arkansas, the case number in this matter was 4:07-cr-00244-BRW.

Defendant's request with the Court. The USPO acknowledges Defendant's adherence to the terms of his release. However, the USPO does not recommend early termination of Defendant's supervised release because of the nature of his offense, which involved engaging in sexually explicit conversations with a 15-year-old and attempting to meet with the minor in person. The USPO recommends that Defendant should continue to serve his term of supervised release until its scheduled end date.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 17) should be and hereby is **DENIED** based upon the nature of Defendant's offense and the need to protect the public from further crimes by Defendant.

**IT IS SO ORDERED**, this 8th day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge